EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      |                |
|-----------------------------|----------------|
| Rosa Vargas Hernández       | 2000 TSPR 180  |

Número del Caso: TS-8437

Fecha: 27/noviembre/2000

Oficina de Inspección de Notarías:

 Lcda. Carmen H. Carlos
 Directora

Abogados de la Parte Querellada:

 Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosa Vargas Hernández

TS-8437

PER CURIAM

San Juan, Puerto Rico, a 27 de noviembre de 2000.

I

El 3 de enero de 2000 emitimos una Sentencia contra la Lcda. Rosa Vargas Hernández amonestándola por no haber cumplido de manera cuidadosa y diligente con algunos de sus deberes notariales, y apercibiéndole que en el futuro debía cumplir fielmente con los mandatos de la Ley Notarial de Puerto Rico.

Posteriormente, el 24 de agosto de 2000, la Directora de la Oficina de Inspección de Notarías nos rindió un informe sobre la obra notarial de la licenciada Vargas Hernández, en el cual nos detallaba varias deficiencias serias encontradas en sus protocolos al igual que unas deficiencias arancelarias. En vista del informe referido, el 22 de

septiembre de 2000 emitimos una Resolución concediendo a la licenciada Vargas Hernández un término de treinta (30) días para subsanar las referidas deficiencias notariales y arancelarias señaladas por la Directora de la Oficina de Inspección de Notarías. Simultáneamente, dentro del mismo término, le ordenamos a Vargas Hernández a mostrar causa por la cual no debíamos ejercer nuestra jurisdicción disciplinaria por las serías deficiencias encontradas en su obra notarial, aludidas antes. En la Resolución referida apercibimos a la licenciada Vargas Hernández que su incumplimiento con los términos de dicha resolución conllevaría su suspensión inmediata del ejercicio de la abogacía. Dicha Resolución del 22 de septiembre de 2000 fue notificada personalmente a la licenciada Vargas Hernández.

Han transcurrido ya más de sesenta (60) días desde que se le notificó a la licenciada Vargas Hernández la Resolución del 22 de septiembre de 2000. Ha vencido, pues, el término que se le concedió para subsanar las deficiencias y para mostrar causa ante nos. Sin embargo, la licenciada Vargas Hernández no ha subsanado las deficiencias notariales y arancelarias encontradas en su obra notarial. Tampoco ha comparecido a mostrar causa ante nos, según le fue ordenado. Sencillamente, la licenciada Vargas Hernández ha hecho caso omiso de nuestra Resolución. No ha cumplido con nuestros requerimientos. Ello, a pesar de que ya en una ocasión anterior, en la cual le señalamos su falta de circunspección en el manejo de su obra notarial, la apercibimos que en el futuro debía cumplir fielmente con los mandatos de la Ley Notarial de Puerto Rico.

II

Reiteradamente hemos señalado que los abogados tienen la ineludible obligación de responder diligentemente a nuestras órdenes y requerimientos. Hemos hecho claro que la indiferencia del abogado al no atender nuestros requerimientos u órdenes acarrea la imposición de severas sanciones disciplinarias. In re: Corujo Collazo, P.C. de 23 de diciembre de 1999, 149 D.P.R. ___ (2000), 99 TSPR 191, 2000 JTS 8, pág. 471: In re: Ron Menéndez, P.C. de 24 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 133, 99 JTS 139, pág. 31; In re: López López, 12 de agosto de 1999, 149 D.P.R. ___ (1999), 99 TSPR 126, 99 JTS 131, pág. 7.

En el caso de autos la licenciada Vargas Hernández ha hecho caso omiso de nuestra resolución del 22 de septiembre de 2000. También ha hecho caso omiso del apercibimiento que le hicimos en nuestra Sentencia del 3 de enero de 2000. Es evidente que la licenciada Vargas Hernández no tiene ninguna disposición de cumplir con nuestras órdenes y requerimientos. Con tal proceder ha desafiado nuestras advertencias previas.

Por todo lo antes expuesto, se suspende inmediata e indefinidamente a la Lcda. Rosa Vargas Hernández del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta (30) días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Rosa Vargas Hernández

                          TS-8437




                          SENTENCIA



San Juan, Puerto Rico, a 27 de noviembre de 2000.



        Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende inmediata e indefinidamente del ejercicio de la abogacía a la Lcda. Rosa Vargas Hernández y hasta que otra cosa disponga el Tribunal.

        Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

        Además, deberá certificarnos en treinta (30) días del cumplimiento de estos deberes.

        Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial de la abogada suspendida, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

    Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Corrada del Río no intervino.


                                        Isabel Llompart Zeno
                                             Secretaria del Tribunal Supremo